OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

25 May 2006

United States District Court
Eastern District of California
501 I Street, Suite. 4-200
Sacramento, CA 95814

Re: MDL 05-1699 In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

Title of Case(s)
*Bhupinder Dosanjh, et al -v- Pfizer, Inc., et al*

Your Case Number(s)
C.A. No. 2:06-0745

Dear Clerk:

Enclosed is a certified copy of the order from the Judicial panel on Multidistrict Litigation transferring the above entitled action to the Northern District of California, San Francisco Division. The case has been assigned to the Honorable Charles R. Breyer for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

Please forward the **original record** and **a certified copy of the docket entries** in the case listed above along with the enclosed copy of this transmittal letter to:

United States District Court
Northern District of California
450 Golden Gate Avenue, P.O. Box 36060
San Francisco, CA 94102
Attn: Rufino Santos

If the case is an electronic case filing, please forward the PDF documents, as separate PDF files, including a copy of the docket sheet to **rufino_santos@cand.uscourts.gov** or, if you prefer, on a disk. We appreciate your prompt attention to this matter.

Sincerely yours,
Richard W. Wieking, Clerk

*R.C. Santos*

By: Rufino Santos
Deputy Clerk

Encl.

A CERTIFIED TRUE COPY

MAY 18 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 2 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1699

M 05-1699 CRB

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

FILED
MAY 2 5 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CONDITIONAL TRANSFER ORDER (CTO-23)

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 651 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, 391 F.Supp.2d 1377 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_Michael J. Beck_
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 18 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-23 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**       **CASE CAPTION**

**ALABAMA MIDDLE**
   ALM  2  06-254          Sylvia Wingard, etc. v. Pfizer Inc.; et al.

**ALABAMA NORTHERN**
   ~~ALN  1  06-703~~         ~~Dr. Gene N. Gordon v. G.D. Searle, LLC, et al.~~          Opposed 5/18/06

**CALIFORNIA EASTERN**
   CAE  2  06-745          Bhupinder Dosanjh, et al. v. Pfizer Inc., et al.

**FLORIDA MIDDLE**
   FLM  3  05-1231         Marsha S. Taylor, etc. v. Pfizer Inc.

**ILLINOIS SOUTHERN**
   ILS  3  06-307          James Reynolds v. Pfizer Inc., et al.

**LOUISIANA EASTERN**
   LAE  2  06-1798         Debra Randle, et al. v. Pfizer Inc.
   LAE  2  06-1832         Pratap Puri v. Pfizer Inc.

**LOUISIANA WESTERN**
   LAW  2  06-575          Angela Authement, et al. v. Pfizer Inc.
   LAW  5  06-505          Richard L. Thornsberry v. Pfizer Inc.
   LAW  5  06-619          Harold Johnston, Sr., et al. v. Pfizer Inc.
   LAW  6  06-543          James I. Fontenot, et al. v. Pfizer Inc.

**MICHIGAN EASTERN**
   MIE  1  06-11714        Edward Earl Thomas v. Pfizer Inc., et al.

**MINNESOTA**
   MN  0  06-1296          Gilbert Pyles v. Pfizer Inc.
   MN  0  06-1315          Juanita Bingamon v. Pfizer Inc.
   MN  0  06-1316          Clarence Hale v. Pfizer Inc.
   MN  0  06-1326          Richard Brown, et al. v. Pfizer Inc.
   MN  0  06-1390          Gloria J. McKissack, et al. v. Pfizer Inc., et al.

**MISSOURI EASTERN**
   ~~MOE  4  06-515~~         ~~D. Woodrow Van Dancer v. Monsanto Co., et al.~~          Opposed 5/12/06

**MISSOURI WESTERN**
   MOW  2  06-4068         Sharon Clark, etc. v. G.D. Searle & Co., et al.
   MOW  4  06-277          Joyce Peoples, etc. v. G.D. Searle & Co., et al.

**NEW YORK EASTERN**
   NYE  1  06-1479         Carolyn Brown v. Pfizer Inc.
   NYE  1  06-1480         Bonnie Martindale v. Pfizer Inc.
   NYE  1  06-1483         Wayne Gunnison v. Pfizer Inc.
   NYE  1  06-1485         Dawn Adrian v. Pfizer Inc.

**NEW YORK SOUTHERN**
   NYS  1  06-2616         Jessie Folsom, etc. v. Pfizer Inc.
   NYS  1  06-2617         Brian L. Jeralds v. Pfizer Inc.